## MOTION DOCKET

**98–1483. State v. Jones.**
Ashtabula C.P. No. 97CR221. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**00–857. State ex rel. Long v. Cardington Village Council.**
In Mandamus. On relator's application for costs and attorney fees.

IT IS ORDERED by the court that within ten days of this entry, relator's counsel submit evidence, preferably including affidavits and a copy of any written fee agreement entered into with relator, specifying the attorney fees that relator actually paid or is obligated to pay her attorneys for this mandamus action. See *State ex rel. Calvary v. Upper Arlington* (2000), 90 Ohio St.3d 1415, 735 N.E.2d 455, and cases cited therein.